NO. 07-06-0178-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MAY 2, 2006

_____

GABRIEL G. TRUJILLO,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE JUSTICE OF THE PEACE COURT, PRECINCT 3 OF POTTER COUNTY;

NO. 54563; HON. HAVEN DYSART, PRESIDING

_____

***ORDER OF DISMISSAL***

_____

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

Appellant, Gabriel G. Trujillo, appeals from a final judgment entered in the justice of the peace court. However, appeals from a justice court shall be heard by a county court, TEX. CODE CRIM. PROC. ANN. art. 45.042(a) (Vernon Supp. Pamph. 2005), or a statutory county court in the respective county, TEX. GOV'T CODE ANN. §25.003(a) (Vernon 2004). Consequently, we dismiss the appeal for want of jurisdiction.

Accordingly, the appeal is dismissed.

Per Curiam

Do not publish.